RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Andre Johnson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ANDRE JOHNSON,<br><br>          Defendant. | Case No. 2:18-CR-142-JCM-PAL<br><br>**UNOPPOSED MOTION FOR ORDER REQUESTING THE DEPARTMENT OF PROBATION TO PREPARE A PRE-PLEA PSI** |

Certification: This motion is timely filed.

Comes now the defendant, Andre Johnson, by and through his counsel of record, Brenda Weksler, Assistant Federal Public Defender, and hereby moves this court for an order requesting the department of probation to prepare a pre-plea PSI. This request is based on the Points and Authorities attached hereto.

DATED this 5th day of February, 2019.

                                            RENE L. VALLADARES
                                            Federal Public Defender

                                  By:   */s/ Brenda Weksler*
                                            BRENDA WEKSLER
                                            Assistant Federal Public Defender
                                            Attorney for Andre Johnson

# MEMORANDUM

Undersigned has discussed the case with her client, Andre Johnson, and the different ways in which his criminal history may impact the sentence he may receive. Given the potential for Armed Career Criminal designation, undersigned respectfully requests an Order from this Court requesting the Department of Probation to prepare a "pre-plea PSI," detailing Johnson's prior convictions.[1] Undersigned does not need the Department of Probation to analyze whether any of the prior convictions qualify as a "violent felony" or a "serious drug offense" under 18 U.S.C. § 924(e). Instead, what is needed is a list of all of Johnson's prior arrests that resulted in a conviction.

DATED this 5th day of February, 2019.

        Respectfully submitted,
        RENE L. VALLADARES
        Federal Public Defender

By: */s/ Brenda Weksler*
        BRENDA WEKSLER
        Assistant Federal Public Defender
        Attorney for Andre Johnson

**IT IS SO ORDERED** this 7th day of February, 2019.

Peggy A. Leen
United States Magistrate Judge

---

[1] Undersigned counsel has already reached out to Probation explaining the particular circumstances involved in this case, which necessitate their involvement prior to the entry of a plea in this case.

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 5, 2019, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR ORDER REQUESTING THE DEPARTMENT OF PROBATION TO PREPARE A PRE-PLEA PSI** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender

3