1

2

3

4                              UNITED STATES DISTRICT COURT

5                                    DISTRICT OF NEVADA

6                                            * * *

7    UNITED STATES OF AMERICA,                    Case No. 2:18-CR-142 JCM (VCF)

8                             Plaintiff(s),                    ORDER

9           v.

10   ANDRE JOHNSON,

11                            Defendant(s).

12

13          Presently before the court is the matter of *USA v. Johnson*, case no. 2:18-cr-00142-JCM-

14   VCF.

15          Defendant Adre Johnson ("defendant") has filed an unopposed motion to late file

16   objections to magistrate judge's report and recommendation.   (ECF No. 45).   Defendant

17   contemporaneously filed his objection to Magistrate Judge Ferenbach's report and

18   recommendation ("R&R") denying defendant's motion to suppress.  (ECF No. 43).

19          The government does not oppose defendant's request.   Accordingly, and good cause

20   appearing, the court will grant defendant's motion to extend time.  *See* LCR 47-3 ("The failure of

21   an opposing party to include points and authorities in response to any motion constitutes a

22   consent to granting the motion.").

23          Now that the court has granted defendant's motion, allowing him to file his otherwise-

24   untimely objection, the government shall have fourteen (14) days from the date of this order to

25   file its response, if any, to defendant's objection.

26          Accordingly,

27          IT IS ORDERED THAT defendant's motion for extension of time (ECF No. 45) be, and

28   the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1        IT IS FURTHER ORDERED THAT the government shall have fourteen (14) days from

2    the date of this order to file its response, if any, to the underlying motion for return of property.

3        IT IS SO ORDERED.

4        DATED September 16, 2019.

5                                _____

6                              UNITED STATES DISTRICT JUDGE