RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Andre Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-142-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (First Request) |
| ANDRE JOHNSON, | |
| Defendant. | |

It is hereby stipulated and agreed to by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Randolph J. St. Clair and Assistant United States Attorney Kimberly A. Sokolich, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Defendant Andre Johnson, that the Sentencing Hearing scheduled for January 8, 2021, at 10:30am, be vacated and reset to March 26, 2021, at 11:00am, or to a date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for the Defendant Andre Johnson and counsel for the Government.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Counsel request this additional time in order to allow adequate time to continue to prepare for the sentencing hearing.

4. Defense counsel also asks for this continuance on behalf of Mr. Johnson who would like his family to be able to attend the sentencing hearing whether by phone, video, or in person, and they are unable to attend the hearing as currently scheduled.

5. The Defendant is in custody and does not object to the continuance.

6. The parties agree to the continuance.

7. This is the first stipulation to continue the sentencing hearing.

DATED this 6th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| By: _Sylvia A. Irvin_<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By: _Randolph J. St. Clair_<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |
| | By: _Kimberly A. Sokolich_<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDRE JOHNSON,<br><br>            Defendant. | Case No. 2:18-cr-142-JCM-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel, and good cause appearing,

    **IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for January 8, 2021, at 10:30AM, be vacated and continued to **March 26, 2021, at 11:00AM.**

    DATED  January 6, 2021.

_____
UNITED STATES DISTRICT JUDGE