JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JACOB OPERSKALSKI
Nevada Bar Number 14746
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
jacob.operskalski@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>ANDRE JOHNSON,<br><br>          Defendant. | Case No. 2:18-cr-00142-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING** |

      IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Aden Kebede, counsel for Andre Johnson that the Revocation Hearing currently scheduled on April 28, 2023, at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

      This Stipulation is entered into for the following reasons:

1. Undersigned government counsel will be unavailable to appear at the time of the current hearing.

\\

\\

1

2. The defendant is in custody and defense counsel agrees to the continuance.

3. This is the first request to continue the Revocation Hearing.

DATED this 26th day of April, 2023.

JASON M. FRIERSON
United States Attorney

/s/ Jacob Operskalski                                             /s/ Aden Kebede
JACOB OPERSKALSKI                                        ADEN KEBEDE
Assistant United States Attorney                         Assistant Federal Public Defender, Counsel
                                                                            for Defendant Andre Johnson

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDRE JOHNSON,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-00142-JCM-VCF<br><br>**ORDER** |

### ORDER

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Revocation Hearing currently scheduled on April 28, 2023, at 10:30 a.m., is vacated and continued to **May 12, 2023 at 10:30 a.m.**

DATED April 27, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3